IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DON BOZEMAN,

    PLAINTIFF,

v.                                    CASE NO.: 3:21-cv-891-MCR-EMT

TCI CONTRACTING LLC, D/B/A
777 IBP OF PENSACOLA/ACE,

    DEFENDANT.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Jerry "Don" Bozeman, having settled and resolved his disputes with Defendant, TCI Contracting LLC, D/B/A 777 IBP of Pensacola/Ace, hereby files a Notice of Voluntary Dismissal with Prejudice, with each party bearing their own respective costs and fees, of the above-captioned case, dismissing all claims asserted against Defendant, including all claims that were or could have been brought by Plaintiff in this matter.

                                            By: */s/ Clayton M. Connors*
                                                  CLAYTON M. CONNORS
                                                  Florida Bar No.: 0095553
                                                  Email: cmc@westconlaw.com
                                                  **THE LAW OFFICES OF**
                                                  **CLAYTON M. CONNORS, PLLC.**
                                                  4400 Bayou Blvd., Suite 32A
                                                  Pensacola, Florida 32503
                                                  Tel: (850) 473-0401
                                                  *Attorney for the Plaintiff*

*Jerry "Don" Bozeman*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of July, 2022, I electronically filed the Notice of Mediation to Defense counsel using the CM/ECF system that will send notification of such filing to:

H. Alan Rothenbuecher
Florida Bar No. 846244
Margarita S. Krncevic
(*admitted pro hac vice*)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
T: 216.363.4500
arothenbuecher@beneschlaw.com
mkrncevic@beneschlaw.com
*Attorneys for Defendant*

                                                                          By: */s/ Clayton M. Connors*
                                                                            CLAYTON M. CONNORS
                                                                            Florida Bar No.: 0095553
                                                                            Email: cmc@westconlaw.com